**Order issued October   }  , 2012**

004245



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01189-CV

**JOHN PRIDE, INDIVIDUALLY AND PHAREALE INVESTMENTS, INC.,
AS REGISTERED AGENT OF JOHN PRIDE, Appellants**

**V.**

**MARLISA WILLIAMS AND MORRIS WILLIAMS, Appellees**

## ORDER

We abated this appeal on May 2, 2012 to permit the trial court to dispose of pending claims and modify the appealed judgment so as to make it final. The trial court has modified the judgment and a supplemental clerk's record containing that judgment has now been filed. Accordingly, we **REINSTATE** the appeal. The appeal will be submitted in due course.


ELIZABETH LANG-MIERS
JUSTICE